UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Action No.:_____

In the matter of the
Trusteeship Created by the
Alaska Industrial Development
and Export Authority

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Parties In Interest Anchorage Community Development, LLC ("ACD"), GraceAlaska, Inc. ("GraceAlaska"), and Grace Community Church, Inc. d/b/a ChangePoint ("ChangePoint") (collectively, "Parties In Interest") hereby give notice of the removal of the above-captioned action from the State of Minnesota, Second Judicial District, District Court, County of Ramsey. Removal of this case to the District Court is based on the following:

1. On or about June 14, 2010, Petitioner U.S. Bank National Association ("U.S. Bank") served a Petition for Instruction upon the Parties In Interest. The case was captioned in the State of Minnesota, Second Judicial District, District Court, County of Ramsey.

2. This action is one of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one that may be removed to this Court by the Parties In Interest pursuant to 28 U.S.C. § 1441 *et seq*.

3. Petitioner U.S. Bank is a national banking association with its principal corporate trust office in St. Paul, Minnesota. *See* Petition at ¶ 1.

4. ACD is an Alaska for profit limited liability company, with its principal place of business in Anchorage, Alaska.

5. GraceAlaska is an Alaska nonprofit corporation with its principal place of business in Anchorage, Alaska.

6. ChangePoint is an Alaska nonprofit corporation with its principal place of business in Anchorage, Alaska.

7. Accordingly, Parties in Interest ACD, GraceAlaska and ChangePoint are not citizens of Minnesota, and there is complete diversity of citizenship between Petitioner U.S. Bank on one hand, and Parties In Interest ACD, GraceAlaska and ChangePoint, on the other hand.

8. The Petition seeks instructions concerning the composition of the trust res and the enforceability of guaranties executed by Parties In Interest GraceAlaska and ChangePoint (the "Guaranties"). Specifically, U.S. Bank alleges that, pursuant to the Guaranties, GraceAlaska and ChangePoint are accountable for several million dollars of debt as a result of the default of the primary debtor. Petition ¶¶ 22-26.

9. Accordingly, the amount in controversy is greater than $75,000, exclusive of interest and costs and, exceeds the minimum amount in controversy under 28 U.S.C. § 1332.

10. Attached as **Exhibit 1** is the Petition in this case before the State of Minnesota, Second Judicial District, District Court, County of Ramsey.

11. This Notice of Removal is filed within thirty (30) days of the receipt by ACD, GraceAlaska and ChangePoint of U.S. Bank's Petition. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

12. ACD, GraceAlaska and ChangePoint all join in and consent to this Notice of Removal. Additionally, Anchorage Sportsplex, Inc., which is identified by U.S. Bank as a party in interest to this proceeding, consents to and joins in this Notice of Removal.

13. ACD, GraceAlaska and ChangePoint reserve all rights including but not limited to defenses and objections as to venue and personal jurisdiction, and the filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

WHEREFORE, Parties In Interest ACD, GraceAlaska and ChangePoint respectfully request that this action be removed from the State of Minnesota, Second Judicial District, District Court, County of Ramsey, to the United States District Court for the District of Minnesota.

Dated: July 13, 2010

s/ Crystal M. Patterson
Crystal M. Patterson (MN # 030492X)
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
Telephone: 612.492.7192
Facsimile: 612.492.7077
Email: cpatterson@fredlaw.com

Attorneys for Parties In Interest
Alaska Community Development, LLC,
GraceAlaska, Inc., and Grace Community
Church d/b/a ChangePoint

4770535