Eric A. Schaffer, Esq., *admitted pro hac vice*
Joseph E. Culleiton, Esq., *admitted pro hac vice*
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Phone: (412) 288-3131
Facsimile: (412) 288-3063

Nelson G. Page, Esq.
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK 99501
Phone: (907) 276-6100
Facsimile: (907) 258-2530

*Counsel to U.S. Bank National Association,*
*as Indenture Trustee*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE TRUSTEESHIP CREATED BY THE ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY | Case No. 3:10-cv-00262-HRH |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Petitioner U.S. Bank National Association (the "Trustee"), as indenture trustee, and

respondents, Grace Community Church, Inc. d/b/a ChangePoint, Grace Alaska, Inc. a/k/a

GraceAlaska, and Anchorage Community Development, LLC (together with the Trustee, the

"Parties"), by their undersigned counsel, hereby submit this stipulation of dismissal with

prejudice and state as follows:

WHEREAS, on May 27, 2011, the Trustee filed its *Petition of U.S. Bank National*

*Association, as Trustee, for Instructions in the Administration of a Trust Pursuant to Minn. Stat.*

*§ 501B.16* (the "Petition") in the District Court for the Second Judicial District of the State of

Stipulation of Dismissal with Prejudice
Matter of Trusteeship Created by AIDEA, Case No. 3:10-cv-00262 HRH
Page 1 of 3                                                                    1433-4/ # 111893

Minnesota, County of Ramsey, which Petition was thereafter removed to the United States District Court for the District of Minnesota and transferred to this Court;

WHEREAS, on February 25, 2011, the Trustee amended the Petition by filing its *Amended Complaint of U.S. Bank National Association, as Indenture Trustee, for Declaratory Judgment and Other Relief* [Docket No. 39] (the "Amended Complaint");

WHEREAS, on or about May 13, 2011, the Parties entered into that certain Settlement and Plan Support Agreement (the "Agreement"), whereby the Parties agreed to stipulate to the dismissal of this action with prejudice if certain conditions were satisfied;

WHEREAS, all of the conditions set forth in the Agreement have been satisfied; and

WHEREAS, the Parties desire to dismiss the Petition, as amended by the Amended Complaint, with prejudice, and that each Party bear its own costs and attorneys' fees.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties that the Petition, as amended by the Amended Complaint, be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each Party shall bear its own costs and attorneys' fees. The Parties hereby certify that this document has been approved as to form and content.

DATED: September 13, 2011.

BURR, PEASE & KURTZ
Attorneys for U.S. Bank National Association

*/s/ Nelson G. Page*
Nelson G. Page, ABA No. 7911121
810 N Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 276-6100
Facsimile: (907) 258-2530
E-mail: ngp@bpk.com

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendants

*/s/ Stanley T. Lewis*
Stanley T. Lewis, ABA No. 8011095
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: slewis@bhb.com

Stipulation of Dismissal with Prejudice
Matter of Trusteeship Created by AIDEA, Case No. 3:10-cv-00262 HRH
Page 2 of 3                                                                1433-4/ # 111893

Case 3:10-cv-00262-HRH   Document 47   Filed 09/13/11   Page 2 of 3

CERTIFICATE OF SERVICE

I certify that on September 13, 2011, a copy of the
foregoing was served electronically on all parties of
record.

s/ Nelson G. Page

Stipulation of Dismissal with Prejudice
Matter of Trusteeship Created by AIDEA, Case No. 3:10-cv-00262 HRH
Page 3 of 3                                                    1433-4/ # 111893